## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOSELINE AURA,
by and through Victor M. Arellano
and Rosaelia Gutierrez,

      and                             Case No. 18-cv-1248-pp

ESTATE OF GILBERTO AURA

           Plaintiffs,
     v.

CROTHALL LAUNDRY SERVICES, INC.

           Involuntary Plaintiff,
     v.

PELLERIN MILNOR CORPORATION

           Defendant.

---

## ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 14)

---

On August 13, 2019, the parties filed a stipulation of dismissal. Dkt.

No. 14. The court **APPROVES** the stipulation and **ORDERS** that this case is

**DISMISSED with prejudice** and without costs to any party.

Dated in Milwaukee, Wisconsin this 14th day of August, 2019.

                           **BY THE COURT:**

                           _____

                           **HON. PAMELA PEPPER**
                           **United States District Judge**